JUDGE BRODERICK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    INDICTMENT
                                 :
        - v. -                   :    20 Cr.
                                 :
VICTOR A. SANCHEZ-SANTA,         :    **20 CRIM 480**
                                 :
        Defendant.               :
                                 :
- - - - - - - - - - - - - - - - x

**COUNT ONE**
**(Arson)**

The Grand Jury charges:

On or about June 9, 2020, in the Southern District of New York and elsewhere, VICTOR A. SANCHEZ-SANTA, the defendant, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and an explosive, a vehicle, in whole and in part owned and possessed by an institution and organization receiving Federal financial assistance, to wit, SANCHEZ-SANTA lit a cloth glove on fire and tossed it under a vehicle owned by the New York Police Department in New York, New York.

(Title 18, United States Code, Sections 844(f)(1) and 2.)

_____          _____
FOREPERSON                        AUDREY STRAUSS
                                  Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

VICTOR A. SANCHEZ-SANTA,

Defendant.

INDICTMENT

20 Cr.

(18 U.S.C. §§ 844(f)(1) and 2.)

AUDREY STRAUSS
Acting United States Attorney

_____
Foreperson