

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 2, 2020

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    ***United States v. Victor Sanchez-Santa***, 20 Cr. 480 (VSB)

Dear Judge Broderick:

On September 14, 2020, a grand jury returned an indictment of Victor A. Sanchez-Santa in the above-referenced case. The defendant was arraigned on September 22, 2020, and at the arraignment, the Court granted an exclusion of time under the Speedy Trial Act running through the next status conference, currently scheduled for December 4, 2020.

The parties are in the advanced stages of discussing a pretrial resolution of the case. With the consent of defense counsel, I write to respectfully request that the upcoming status conference be adjourned for 90 days, and that the Court exclude time for purposes of the Speedy Trial Act from today until the date of the next status conference, to permit the parties to discuss a pretrial resolution of the case. The ends of justice served by granting the exclusion of time outweigh the interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:     /s/ T. Josiah Pertz
           T. Josiah Pertz
           Assistant United States Attorney
           Tel: (914) 993-1966

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   12/3/2020

The status conference scheduled for December 4, 2020 is hereby adjourned to March 12, 2021 at 12:00 p.m. The adjournment is necessary to permit the parties to continue to discuss a possible pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between December 4, 2020 and March 12, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.