UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Victor A. Sanchez-Santa,<br><br>*Defendant*. | **Deferred Prosecution Agreement**<br><br>20 Cr. 480 |

TO: Victor A. Sanchez-Santa

On September 14, 2020, a federal grand jury sitting in the Southern District of New York returned an indictment charging you with arson, in violation of Title 18 United States Code, Sections 844(f) and 2. However, after a thorough investigation it has been determined that the interest of the United States and your own interest will best be served by deferring prosecution in this District.  Prosecution will be deferred during the term of your good behavior and satisfactory compliance with the terms of this agreement for the period of nine months from the signing of this agreement.  The terms and conditions constituting your good behavior and satisfactory compliance are as follows:

(1) You shall refrain from violation of any law (federal, state and local).  You shall immediately contact your U.S. Pretrial Services Officer if arrested or questioned by a law-enforcement officer.

(2) You shall associate only with law-abiding persons.

(3) You shall work regularly at a lawful occupation, regularly attend school, and/or support your legal dependents, if any, to the best of your ability.  When out of work or not attending school you shall notify your supervising U.S. Pretrial Services Officer.  You shall consult him or her prior to job and school changes.

(4) You shall not leave the Southern or Eastern Districts of New York or the District of New Jersey without permission of your supervising U.S. Pretrial Services Officer.

(5) You shall notify your supervising U.S. Pretrial Services Officer immediately of any change in your place of residence.

(6) You shall surrender all travel documents and make no new applications.

(7) You shall refrain from possession of firearms, destructive devices or any other dangerous weapons.

(8) You shall follow your supervising U.S. Pretrial Services Officer's instructions and advice.

(9)   You shall report to your supervising U.S. Pretrial Services Officer as directed.

(10)   You shall participate in an anger management class as directed by Pretrial Services.

Special conditions are as follows:

     The United States Attorney may at any time revoke or modify any condition of this provisional release or change the period of such supervision.  The United States Attorney may discharge you from supervision at any time.  The United States Attorney may at any time proceed with the prosecution for this offense should the United States Attorney, in his or her sole discretion, deem such action advisable.

     If upon completion of your supervision a written report from your supervising U.S. Pretrial Services Officer is received to the effect that you have complied with all the rules, regulations and conditions and special conditions applicable to your deferred prosecution, no further prosecution will be instituted in this District for the above offense.

     New York, New York

     Date:   01/19/2021

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By:   /s/ T. Josiah Pertz
T. Josiah Pertz
Assistant United States Attorney
Tel.: (914) 993-1966

07.29.2012

The undersigned hereby consents to the foregoing and expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, the Speedy Trial Act, 18 U.S.C. §§3161 et seq., and any other pertinent provisions, and consents to the adjournment of all pending proceedings in this case.  The undersigned further waives the applicable statute of limitations with respect to any prosecution that is not time-barred on the date that this agreement is signed.  It is the intent of this provision to toll the applicable statute of limitations during the pendency of the deferred prosecution.

New York, New York

Date: 01.19.2021

_____*Mark Gombiner*_____  
Mark Gombiner, Esq.  
Attorney for Defendant

_____Victor sanchez_____  
Victor A. Sanchez-Santa  
Defendant

Pursuant to 18 U.S.C. §3161(h)(2), exclusion under the Speedy Trial Act of the period of time during which the prosecution of the defendant is deferred pursuant to this agreement is hereby approved.

New York, New York

Date: 1/27/2021

_____*Vernon Broderick*_____  
Hon. Vernon S. Broderick  
United States District Court Judge

The undersigned hereby consents to the foregoing and will accept supervision of the above-named defendant on the conditions set forth herein.

New York, New York

Date: _____

_____  
Shawn Bostic  
United States Pretrial Services Officer

07.29.2012

    The undersigned hereby consents to the foregoing and expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, the Speedy Trial Act, 18 U.S.C. §§3161 et seq., and any other pertinent provisions, and consents to the adjournment of all pending proceedings in this case.  The undersigned further waives the applicable statute of limitations with respect to any prosecution that is not time-barred on the date that this agreement is signed.  It is the intent of this provision to toll the applicable statute of limitations during the pendency of the deferred prosecution.

    New York, New York

    Date: _____

_____       _____

Mark Gombiner, Esq.      Victor A. Sanchez-Santa
Attorney for Defendant      Defendant

    Pursuant to 18 U.S.C. §3161(h)(2), exclusion under the Speedy Trial Act of the period of time during which the prosecution of the defendant is deferred pursuant to this agreement is hereby approved.

    New York, New York

    Date: _____

     _____
     Hon. Vernon S. Broderick
     United States District Court Judge

    The undersigned hereby consents to the foregoing and will accept supervision of the above-named defendant on the conditions set forth herein.

    New York, New York

    Date: \_\_12/30/2020_____

     _____
     Shawn Bostic
     United States Pretrial Services Officer