UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
       -v-                               :
:                        20-CR-480 (VSB)
VICTOR A. SANCHEZ-SANTA,                 :
:                        **ORDER**
                    Defendant.           :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

     I will hold a status conference in this matter on November 30, 2021, at 4 p.m., via telephone. The parties should join by using the dial-in 888-363-4749 and the access code 2682448. Members of the public may observe by using the same dial-in and access code, but they must keep their lines muted.

SO ORDERED.

Dated: November 22, 2021
       New York, New York

                                            Vernon S. Broderick